# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AIMEE LYNNE YATES,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION: 1:20-00131-KD-B |
| | ) |
| **HUEY HOSS MACK,** *et al.,* | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 90) made under 28 U.S.C. § 636(b)(1)(B) and dated September 2, 2020, is **ADOPTED** as the opinion of this Court, as amended, as follows: it is **ORDERED** that: 1) Plaintiff's motion to amend the complaint is **GRANTED** and the Clerk is **DIRECTED** to docket Doc. 78 as Plaintiff's First Amended Complaint; 2) Defendants' Motions to Dismiss, or in the Alternative, for More Definite Statement (Docs. 16, 47, 49, 51, 53, 56, 57, 59, 61, 62) are **MOOT**; 3) Plaintiff's motion to dismiss Defendants Baldwin County Sheriff Office, Baldwin County Major Crime Unit Task Force, and Baldwin County SWAT Team (Doc. 72) is **GRANTED**; and 4) Defendant's Motion to Strike (Doc. 55) is **MOOT.**

**DONE** and **ORDERED** this the **1st** day of **October 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**