# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| AIMEE LYNNE YATES, as personal representative of the Estate of Robert Lewis Yates, Jr. deceased, | ) ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| V. | ) ) | CASE NO.: 1:20-CV-00131-KD-B |
| SHERIFF HUEY HOSS MACK; BALDWIN COUNTY, ALABAMA, et al. TIM DEBOURGE, DON DEBOURGE, TONY NOLFE, STEVE ARTHUR, ROBERT CORREA, NATHAN LUSK, JUSTIN CORREA, GREG SMITH, ANDRE REID, | ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

**DEFENDANTS SHERIFF HUEY HOSS MACK, ROBERT CORREA, GREG SMITH, TONY NOLFE, NATHAN LUSK, JUSTIN CORREA, STEVE ARTHUR, ANDRE REID, AND BALDWIN COUNTY SHERIFF'S OFFICE'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

COME NOW Defendants, Sheriff Huey Hoss Mack, Robert Correa, Greg Smith, Tony Nolfe, Nathan Lusk, Justin Correa, Steve Arthur, Andre Reid, and Baldwin County Sheriff's Office and submit their evidentiary submissions described below in support of their contemporaneously filed Motion to Dismiss the Plaintiff's Second Amended Complaint:

1. Exhibit A – Screenshot from Video showing Yates standing at the door.

2. Exhibit B – Screenshot from Video showing Yates crouching at the door.

3. Exhibit C – Witness statement of Gary Johnson.

4. Exhibit D – Witness statement of Marla Hinton.

5. Exhibit E – Autopsy Report.

Respectfully submitted this 24th day of March, 2021.

**s/J. Randall McNeill**
J. RANDALL MCNEILL (ASB-4841-E29J)
JOSHUA A. WILLIS (ASB-4928-M10T)
Attorneys for Defendants Sheriff Huey Hoss Mack, Baldwin County, Alabama, Robert Correa, Greg Smith, Tony Nolfe, Nathan Lusk, Justin Correa, Steve Arthur, and Andre Reid
WEBB MCNEILL WALKER PC
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850 T
(334) 262-1889 F
rmcneill@wmwfirm.com
jwillis@wmwfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of March 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Francois M. Blaudeau
Evan T. Rosemore
2224 1st Avenue North
Birmingham, AL 35203
evan@southernmedlaw.com
francois@southernmedlaw.com

Anthony J Piazza
Anthony Piazza, P.C.
P.O. Box 550217
Birmingham, Alabama 35255
anthonypiazza0326@hotmail.com

William Douglas Montgomery, Jr.
107 St. Francis Street, Suite 3340
Mobile, AL 36602
monty@ball-ball.com

                              **/s/J. Randall McNeill**
                              OF COUNSEL