# EXHIBIT B



03/05/2018
19:30:45 GMT
Latitude: 30.42043
Longitude: -87.86067
Speed: 0.0 mph
Heading: --