# EXHIBIT C



# WITNESS STATEMENT
## Robertsdale Police Department

Please Print

P.O. Box 429
Robertsdale, AL 36567

Voice (334) 947-2222
Fax   (334) 947-2228

DATE: 3-8-2018   TIME: 9:36

WITNESS NAME: Gary L Johnson   TELEPHONE: ▮

RACE: W   SEX: M   DOB: ▮   SOCIAL SECURITY #: ▮

ADDRESS: ▮   AL ▮

EMPLOYER: Retired   TELEPHONE:

EMPLOYER ADDRESS:

ALTERNATE CONTACT:   TELEPHONE:

ADDRESS:   RELATIONSHIP:

**WITNESS STATEMENT**

I was helping Don to evict the subject in the trailer and went to the trailer with Don and Tim. There was one deputy and he called back up and a younger second deputy arrived. Tim and Don and the two deputies walked into the porch and Don started to bust lock with crowbar and then Tim used a sledgehammer and the door flew open. Before this the deputies were saying sheriff's department asking the men to come out. Once the door was open they announced again and asked the subject to come out and show himself. The younger deputy then went into the trailer and announced again he was sheriff and for the man to show himself. Then there was a pop and both deputies retreated toward the carport. The man came into the doorway and looked toward the carport with the weapon in his hand. It was some type of pistol. The man was pointing it toward the carport. I jumped out of the ATV and went behind the trailer. There was another man cutting grass and he ran behind the trailer with me. When we were hiding behind the trailer we heard a small pop and then louder pops and a lot of them. I believed the first pop to be from the man in the doorway and the other from the deputies. Fairhope Police arrived then they were asked to get further away.

X Gary L Johnson

Written by ▮

Robertsdale Police Department — Detective Division

## INTERVIEW SHEET

| DATE: 03/08/2018 | DAY: Thursday | TIME: 09:36 | CID FILE # 18-001 BCMCU |
|---|---|---|---|
| NAME (Last, First, Middle): Johnson, Gary L | ADULT: ✓  JUVENILE: ☐ | | EDUCATION LEVEL CAN READ & WRITE |
| ALIAS(I-S)/NICKNAME(S): | | PLACE OF INTERVIEW: Residence | |
| HOME ADDRESS: [redacted] | | | HOME PHONE: [redacted] |
| NAME & ADDRESS OF EMPLOYER: Retired | | | BUSINESS PHONE: Ext. |
| OTHER CONTACT PERSON: | RELATIONSHIP: | ADDRESS: | PHONE: |
| RACE: W   SEX: M   DOB: [redacted]   AGE:   POB:   SS#: [redacted] | | | OLN:   STATE: |
| HEIGHT:   WEIGHT:   HAIR:   EYES:   SCARS, MARKS, TATOOS, AMPUTATIONS: | | | |
| VEH YEAR:   MAKE:   MODEL:   COLOR:   VIN: | | | LICENSE:   STATE: |
| IF JUVENILE, LIVES WITH:   RELATIONSHIP:   PHONE: | | | SCHOOL/EMPLOYER: (Grade) |
| FATHER:   (Address) | | | PHONE: |
| MOTHER:   (Address) | | | PHONE: |
| CUSTODIAN:   (Address) | | | PHONE: |
| EMPLOYER:   (Address) | | | PHONE: |

SUMMARY OF STATEMENT:

I interviewed Mr. Johnson at his residence on March 8th. He requested that I write a statement for him so that is what I did. He stated that he was assisting the property owners, Don and Tim Deborge to evict a subject from a trailer in the park. He stated that the Sheriff's Department was there to physically remove the subject so they could remove the trailer from the property. Johnson advised that Don and Tim went up on the porch and after some time they forced open the front door to the trailer and then the Sheriff's Deputies had them step away. He advised that the deputies had been announcing that they were the Sheriff's Department and had no response from inside the trailer. He stated that the younger deputy stepped inside the trailer and was still announcing Sheriff's Department when he heard a loud pop and then saw both deputies retreat from the porch and take a position behind a vehicle under the carport. Johnson stated that he then witnessed a male subject from inside the trailer come into the doorway with a pistol in his hand. He stated that the man was pointing the pistol toward the deputies. Johnson stated that he then jumped off of the ATV that he was on and ran behind the neighbor's trailer. Mr. Johnson said that he heard a small pop and then several pops. Mr. Johnson believed the first pop to be from the man in the trailer and the others from the deputies but he did not see this. Mr. Johnson stated that he stayed behind the trailer until the Fairhope Police arrived asked him to move further away.

| RIGHTS GIVEN BY: | DATE ENDED:   TIME ENDED: | INTERVIEW CONDUCTED BY: Lt. Rex Bishop | OTHER OFFICERS PRESENT: |
|---|---|---|---|
| WRITTEN STATEMENT ATTACHED: ✓  TAPED TRANSCRIPT ATTACHED: ☐  INVESTIGATOR'S STATEMENT: ☐ | | INVESTIGATOR'S SIGNATURE: [signed] | PAGE 1 OF 1 PAGES  EXHIBIT NUMBER:  CONTINUED ☐ |