# EXHIBIT D

Lead - Assist with neighborhood canvas

Investigator(s) Assigned: R. Bishop, J. Woodruff

---

On 03/08/2018 I was assigned to assist with a neighborhood canvas. At 0900 hours I met with BCMCU Deputy Commander Rex Bishop on Key Largo Drive in Barnwell to begin a neighborhood canvas. I went to the following locations:

13431 Sea Breeze Blvd - Vacant

9523 Key Largo Dr - Vacant

9526 Key Largo Dr - I spoke to resident Marla Hinton (Tel: ■■■) at this location. Hinton witnessed the initial shooting on 03/05/2018. She told me that BCSO Deputies B. Correa and G. Smith knocked on the Yates trailer and door multiple times and identified themselves as law enforcement before going inside. She heard a gunshot and saw both deputies run out of the trailer and take cover behind Yates' vehicle. She also witnessed Yates come to the door with a pistol and fire it at the deputies. She saw the deputies returning fire. Hinton was home alone when the shooting occurred.

9531 Key Largo Dr - Vacant

9536 Key Largo Dr - I spoke to Mary Nicholson (Tel: ■■■) at this location. Nicholson witnessed parts of the initial shooting on 03/05/2018. She told me that BCSO Deputies B. Correa and G. Smith knocked on the Yates trailer and door multiple times and identified themselves as law enforcement before going inside. She heard a gunshot and saw both deputies

1

Inv.Initials: ___
C/A Initials: ___
Com. Initials: ___

run out of the trailer and take cover behind Yates' vehicle. She did not ever see Yates though. Nicholson was home alone when the shooting occurred.

Sgt. Jason Woodruff

Gulf Shores Police Department

Baldwin County Major Crimes Unit