

ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. Box 7925
Mobile, AL 36670
Tel.
(251) 470-9912

2451 USA Medical Center Drive
Mobile, AL 36617
Facsimile (251) 470-9962

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:** 18ME00981

**DATE:** March 06, 2018
**TIME:** 1020 hours

**NAME(S):** ROBERT LEWIS YATES, JR.

**COUNTY OF DEATH:** Baldwin

**DATE OF DEATH:** March 05, 2018

**AGE:** 65 years  **RACE:** W  **SEX:** M  **LENGTH:** 73 inches  **WEIGHT:** 245 pounds

## FINAL DIAGNOSES

I.  Multiple (3) Gunshot Wounds:
   A.  Gunshot Wound of the Head:
      1.  Entrance: Approximately 40 wounds of scalp from fragments of a shattered bullet and an intermediary target.
      2.  Injuries: Scalp lacerations; cranial fractures, posterior cerebral lacerations.
      3.  Exit: None.
      4.  Recovery: Jacket base, jacket fragments, and one lead core fragment of a small caliber bullet.
      5.  Direction: Left to right and back to front.
   B.  Gunshot Wound Perforating the Abdominal Wall:
      1.  Entrance: Anterolateral abdominal wall.
      2.  Injuries: Skin and subcutaneous adipose tissue.
      3.  Exit: Right flank.
      4.  Recovery: Large caliber hollow-point jacketed bullet inside of shirt.
      5.  Direction: Front to back, left to right, and slightly upward.
   C.  Gunshot Wound Penetrating the Right Arm:
      1.  Entrance: Right forearm.
      2.  Injuries: Soft tissue, fractured right ulna.
      3.  Exit: Right elbow crease.
      4.  Re-entrance: Proximal right upper arm.
      5.  Injuries: Soft tissue.
      6.  Recovery: Jacket base and fragment of lead core of small caliber bullet.
      7.  Direction: Right to left, upward, and slightly back to front.
II. Blunt Force Injuries: Multiple small abrasions of left arm.

**CAUSE OF DEATH:** Multiple gunshot wounds.

**MANNER OF DEATH:** Homicide.

Case #     18ME00981
Name       Robert Lewis Yates, Jr.

## EVIDENCE OF INJURY

Injuries are annotated for descriptive purposes only without regard as to sequence of infliction or severity.

### MULTIPLE (3) GUNSHOT WOUNDS:

#### Gunshot Wound A of the Head:

On the scalp, over the crown and occipital area, is a 9 x 5 inch spread of approximately 40 gunshot wounds and partial-thickness lacerations from the fragmented pieces of a shattered bullet and fragments of an intermediary target. The spread is located on the top of the head to as far as 4 inches below the top of the head and is centered 1 ¾ inches left of the midline and from as far as 3 ½ inches left to 2 inches right of the midline. Most of these wounds/lacerations vary from 0.4 to 1.0 centimeter in diameter and are limited to penetration of the scalp, while some have perforated the scalp and have fractured the underlying cranial bones. Several others are graze wounds that are up to 5.0 centimeters long, 0.5 centimeters wide, and 0.3 centimeters deep. All the wounds have marginal abrasions on the order of 0.2 to 0.3-centimeter-wide, and all are widest on the left sides. Neither gunshot soot nor gunpowder stippling/tattooing are present.

Injuries involve the scalp, galeum, parietal-occipital bones, and the posterior several centimeters of the cerebral hemispheres, right side somewhat greater than left. One of the above-described wounds, located just left of the midline on the occipital scalp, continues through an inwardly beveled and displaced occipital bone fracture into the right occipital lobe of the cerebrum. The other numerous impacting projectile fragments have formed comminuted fractures of the posterior occipital parietal bones, and many of these fragments are inwardly displaced to lacerate the posterior cerebrum. Associated findings include a diffuse subgaleal hematoma up to 0.6 centimeter thick, and posterior subdural and subarachnoid hematomas estimated to total 30 milliliters, and fractures of the superior parietal bones, the left temporal bone, and the occipital portion of the basilar skull.

Recovered from within the subcortical white matter of the right basal occipital lobe are several copper-toned jacket fragments, jacket base, and one small lead core fragment of a small-caliber bullet (labeled "removed from head"). Although the projectile fragments have not exited, most of them are too small for recovery.

On the medial right occipital scalp is a laceration caused by the underlying sharp edge of one of the comminuted pieces of the occipital bone, and this is not to be misinterpreted as an exit gunshot wound.

#### Gunshot Wound B Perforating the Abdominal Wall:

On the anterolateral right abdomen, centered 45 inches above the bottom of the feet and 8 inches right of the anterior vertical midline, is the ovoid 0.9 x 0.3-centimeter cutaneous entrance perforation with its long axis oriented on the clockwise 4:00 through 10:00 positions. It has a red marginal abrasion, which is up to 3-centimeter-wide at the 4 o'clock position. Neither gunshot soot nor gunpowder stippling/tattooing are present.

Injuries involve the hemorrhagic subcutaneous adipose tissue of the abdominal wall.

Case #     18ME00981
Name       Robert Lewis Yates, Jr.

On the lateral right flank, 47-3/4 inches above the bottom of the feet and 10 inches right of posterior vertical midline, is the 1.4 x 0.3-centimeter cutaneous exit laceration. Recovered from inside of the overlying shirt is a large caliber bullet with a splayed open, copper-toned, hollow-point jacket (labeled "removed from shirt").

Gunshot Wound Penetrating the Right Arm:

On the dorsolateral mid-level right forearm, centered 18-1/4 inches distal to the top of the right shoulder and 1-1/2 inches right of the midline of the arm, is the 0.7-centimeter diameter cutaneous entrance perforation. It has a red marginal abrasion 0.2 centimeter wide around it. Neither gunshot soot nor gunpowder stippling/tattooing are present.

Injuries involve the soft tissue and skeletal muscle and fractured and unstable proximal right ulna. On the anterior right elbow crease, centered on the midline of the arm and 15-3/4 inches distal to the top of the right shoulder, is the 8.8 x 3.0-centimeter cutaneous exit laceration.

Located more proximal on the distal right biceps region, centered 12 inches distal to the top of the right shoulder and ¾ inches right of the anterior midline of the arm, is the 3.5 x 2.3-centimeter re-entrance cutaneous perforation. This has a red-marginal abrasion up to 0.4-centimeter-wide, and there is an associated, 3 x 1-centimeter, dark maroon abrasion proximal to it.

Injuries involve the soft tissue/skeletal muscle of the right upper arm. Recovered within the proximal medial right upper arm near the axilla are the copper-toned jacket base and a fragment of the lead core of a small-caliber bullet (labeled "removed from right arm").

The direction of fire is right to left, upward, and slightly back to front.

BLUNT FORCE INJURIES:

A pink red abrasion is on the anterolateral distal left upper arm. Two small pink red abrasions are on the proximal anterolateral left forearm. A maroon abrasion is on the dorsolateral proximal left forearm.

## EXTERNAL EXAMINATION

(The following excludes any previously described injuries.)

The body is described per the standard anatomic position throughout this entire report.

When first viewed, the body is dressed in a shirt, pants with a belt, underwear, a pair of shoes, and a pair of socks. Personal items consist of a multi-tool in its case, set of dog tags on a chain, plastic eye drop bottle, shotgun shell, religious book, knife in its holster, and a bracelet on the right wrist. The crossed wrists are held together in front of the body by locked hand cuffs. This normally developed, adequately nourished, White male weighs 245 pounds, measures 72 inches in length, and appears compatible with the reported age. The unembalmed, refrigerated body is cool to the touch and well

Case #    18ME00981
Name      Robert Lewis Yates, Jr.

preserved. Rigor mortis is present. Lividity is posterior, violaceous, and fixed.

The scalp hair is gray and up to 3 inches long. A gray mustache and goatee are present. The ears are unremarkable. The irides appear hazel in color, and the corneas are clear. The sclerae and conjunctivae are unremarkable. The nose and mouth are clear. The teeth are natural and in fair to good condition. The neck and thorax are symmetrical. The abdomen and right flank are notable for the gunshot wound described above. The external genitalia, perineum, and posterior body regions are unremarkable aside from the gunshot injuries of the head. The extremities have all digits. The fingernails are short, sharply trimmed, and clean. The toenails are short, thick, and clean.

Other identifying features consist of a small umbilical hernia. An orange identification band is on the left ankle.

## EVIDENCE OF MEDICAL INTERVENTION

Electrocardiogram monitor pads are on the posterolateral right upper arm, dorsal left hand, and right sides of the distal legs.

## INTERNAL EXAMINATION

(The following excludes any previously described injuries.)

SEROSAL CAVITIES: The thoracic, pericardial, and abdominal cavities have no adhesions or abnormal fluid collections. The organs are in normal anatomic locations. There are no unusual odors.

HEAD AND NECK: The scalp, calvarium, dura mater, basilar skull, and sectioned brain are unremarkable aside from the injuries. The foramen magnum and the proximal spinal cord are unremarkable. Where intact, the 1210-gram brain has a normal gyral pattern covered by smooth and glistening leptomeninges. There are no subfalcine or subtentorial herniations. The cranial nerves and the intracranial blood vessels are free of abnormalities. Sections reveal the hemorrhagic injuries and intra-ventricular hemorrhage within the cerebrum. Sections of the cerebellum and brainstem are unremarkable aside from the presence of overlying subarachnoid hemorrhage.

The tongue has no injuries or lesions. The strap muscles, soft tissue, and the large vessels of the neck are unremarkable. The hyoid bone, epiglottis, laryngeal cartilages, and vocal cords are unremarkable.

CARDIOVASCULAR SYSTEM: The pericardium and epicardium are smooth and glistening. The patent coronary ostia have a usual location and give rise to normally distributed coronary arteries with a right dominance and with moderate proximal calcific atherosclerosis. The 570-gram heart has a normal configuration of its chambers and valves altered by mild chronic concentric left ventricular hypertrophy. The mural and valvular endocardia have no vegetations or thrombi. The papillary muscles, other projecting myocardial muscle, and chordae tendineae are intact. The sectioned red-brown myocardium is firm and free of abnormal markings. The pulmonary trunk and main arteries have no thromboemboli. The intimal surface of the aorta is free of significant atherosclerosis. The patent ostia of the major aortic arterial branches are normal in distribution and dimension. The venae cavae and their major tributaries are thin-walled and patent.

Case #     18ME00981
Name       Robert Lewis Yates, Jr.

RESPIRATORY SYSTEM: The upper airways are patent. The 380-gram right lung and the 390-gram left lung have smooth and glistening pleural surfaces. The sectioned surfaces and airways are unremarkable. The intrapulmonary arteries and veins are normally developed and patent.

DIGESTIVE TRACT: The omentum and mesentery are unremarkable. The patent esophagus has no external, mural, or mucosal abnormalities. The gastric rugal folds and mucosa are unremarkable. The gastric lumen contains approximately 30 milliliters of gritty/creamy yellow-tan material. The duodenum, small intestine, appendix, and colon are unremarkable.

GLANDULAR SYSTEM: The 1770-gram liver has an intact capsule covering firm, slightly greasy, tan-red-maroon, lobulated parenchyma. The thin-walled gallbladder contains a usual amount of bile and 5 green gallstones with undulating surfaces; all are approximately 1.3 centimeter in maximal dimension. The sectioned pancreas has normally configured, firm, tan-brown parenchyma. The pituitary gland is unremarkable *in situ*. The sectioned thyroid gland has glistening, tan-red, unremarkable parenchyma. The salivary and parathyroid glands are not enlarged. The sectioned adrenal glands have multiple, small, hypertrophic, cortical nodules and well preserved, tan-brown medullae.

IMMUNOLOGICAL SYSTEM: The 260-gram spleen has an intact capsule and firm maroon parenchyma. Regional lymph nodes appear unremarkable. The thymus is involuted. The observed bone marrow is red-brown and homogeneous, with no focal abnormalities.

GENITOURINARY SYSTEM: The 170-gram right kidney and 190-gram left kidney have intact capsules and smooth subcapsular cortical surfaces. The cortices are of usual thickness and are well demarcated from the medullae. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 15 milliliters of translucent amber urine; its mucosa is gray-tan and intact. Numerous well-circumscribed hypertrophic nodules enlarge the prostate gland. The testes are unremarkable.

MUSCULOSKELETAL SYSTEM: Aside from as mentioned above, the cranium, ribs, sternum, clavicles, pelvis, vertebral column, supporting musculature, and soft tissues are not unusual.

## ANCILLARY STUDIES

POSTMORTEM RADIOGRAPHS: Seven x-rays are taken to reveal the recovered projectiles, the fractured right ulna, and the cranial fractures.

TOXICOLOGY: Refer to separate report.

## LOGISTICS

AUTHORIZATION: Code of Alabama (1975); Section 36-18-2, District Attorney Robert Wilters.

IDENTIFICATION: The body is identified by Steven Street, CBRT Transport.

Case #   18ME00981
Name     Robert Lewis Yates, Jr.

PERSONS PRESENT: Mr. McCovery and Megan Langham – ADFS.

EVIDENCE: Photographs, fingerprints, bloodstain cards, palm prints, blood, urine, vitreous, tissue, and projectiles.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.

*[signature]*

Cameron Snider, M.D.
Medical Examiner

March 12, 2018
Date Signed

CFS/zw



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road  
Hoover, AL 35244-2095

Telephone (205) 982-9292  
Facsimile (205) 403-2025



## TOXICOLOGICAL ANALYSIS REPORT

**Cameron Snider, M.D.**  
**Alabama Department of Forensic Sciences**  
P. O. Box 7925 Crichton Station  
2451 Fillingim Street  
Mobile, AL 36670-7925

ADFS Case Number  18ME00981  
Agency Case Number  18001  
Case Date  03/06/2018  
Date Completed  04/10/2018  
Report ID  120108611

**Subject**  Yates, Jr., Robert Lewis

### Evidence analyzed (Including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1R1 | Blood, inf vena cava | Ethanol | Negative | HS/GC | |
| 1R1 | Blood, inf vena cava | Drugs | ND | EIA, GC/MS | |
| 1R2-1R3 | Blood, inf vena cava | | NA | | |
| 1R4-1R5 | Urine | | NA | | |
| 1R6 | Vitreous Humor | | NA | | |

### Footnotes

NA -  Not analyzed/Not applicable  
ND -  None detected

### Comments

Evidence was received in a sealed plastic bag.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*



ONE DEPARTMENT • ONE GOAL • EXCELLENCE  
ASCLD/LAB Accredited Laboratory System  
*Legacy Program 2003-2013*  
*International Program 2013-Present*

Customer Satisfaction  
Surveys are available at  
www.adfs.alabama.gov

Page 1 of 2  
Baldwin County Bates No. 000037

ADFS Case Number   18ME00981
TOXICOLOGICAL ANALYSIS REPORT
Report ID   120108611

04/06/2018

Michael L. Weaver
Forensic Scientist