# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

---

AIMEE LYNNE YATES, as Personal
Representative of the Estate of Robert
Lewis Yates, Jr., deceased,

        *Plaintiff,*

   *v.*

SHERRIFF HUEY HOSS MACK,
Baldwin County, Alabama, *et al.*,

        *Defendants.*

Civ. A. No. 1:20-cv-00131-KD-B

Jury Trial Requested

---

## NOTICE OF SUPPLEMENTAL AUTRHORITY

Plaintiff Aimee Lynne Yates, as Personal Representative of the Estate of Robert Lewis Yates, Jr., deceased, submits notice of the supplemental authority, *Lange v. California*, No. 20-18, 2021 WL 2557068 (U.S. June 23, 2021).

1.    JUSTICE KAGAN delivered the opinion of the Court, concluding that an officer is not categorically authorized under the Fourth Amendment to make a warrantless entry into a home to pursue a fleeing misdemeanor suspect. *Id.* Whether a fleeing misdemeanor suspect creates an exigent circumstance authorizing law enforcement to make a warrantless entry into a home is a highly fact-dependent question. *Id.*

2.    The central holding in *Lange* applies here. Sherriff Mack and the Baldwin County Deputies argue that they were categorically authorized to violently and warrantlessly enter Yates's home. They further contend that the reaction

provoked by their warrantless and violent entry authorized them to take Yates's life with excessive force.

3.  *Lange*, at its core, stands for the proposition that law enforcement may not categorically enter the home without permission to pursue a fleeing misdemeanor suspect.

4.  Here, Yates, was not even a fleeing suspect. He was an old man with mental trouble, holed up in his abode. The Debourges and Baldwin County deputies, merely with a Writ of Possession, then violently and warrantlessly entered Yates's home, grossly exceeding the clear prescriptions of the Writ. Because this entry was done in violation of Yates's constitutional rights under the Fourth Amendment, qualified immunity does not belong to the Baldwin County deputies. The entry was unreasonable, and the later violence that ensued was all a proximate cause of this warrantless entry.

Respectfully submitted, July 2, 2021

_____
François M. Blaudeau (ASB-7722-D32F)
Evan T. Rosemore (ASB-3760-N10B)
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 547-5525
Facsimile: (205) 547-5526
evan@southernmedlaw.com
francois@southernmedlaw.com
www.southernmedlaw.com

*Attorney for the Plaintiff*