# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AIMEE LYNNE YATES,** ) | |
| *As personal representative of the Estate of* ) | |
| *Robert Lewis Yates, Jr.,* ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:20-00131-KD-B |
| ) | |
| **HUEY HOSS MACK,** *et al.*, ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Orders issued in this case granting the Defendants' motions to dismiss, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of the Defendants and against the Plaintiff.

**DONE** and **ORDERED** this the **3rd** day of **January 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**